**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**DAPHNE FAITH EILAND,**
        **Appellant,**
  v.                                                            Case No. 14-C-1077

**STATE OF WISCONSIN DEPARTMENT**
**OF CHILDREN AND FAMILIES,**
        **Appellee.**

---

## ORDER

Upon consideration of the appellee's motion for an order to show cause why appeal should not be dismissed for lack of prosecution, **IT IS ORDERED** that such motion is **GRANTED** to the extent that this appeal shall be dismissed unless appellant files her brief on or before **November 14, 2014**.

Dated at Milwaukee, Wisconsin, this 31st day of October, 2014.

                                                /s Lynn Adelman
                                                _____
                                                LYNN ADELMAN
                                                District Judge